UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| US BANK, AS TRUSTEE OF GS MORTGAGE-BACKED SECURITIES TRUST 2023-RPLI,<br><br>       Plaintiff,<br><br>       v.<br><br>MORTGAGE INFORMATION SERVICES, INC., an Ohio Corporation,<br><br>       Defendant. | Civil Action No. 2:26-cv-00213-RSL<br><br>ORDER GRANTING JOINT MOTION TO REMAND |

This Court, having reviewed the parties Joint Motion to Remand and this matter having been fully considered and the Court otherwise deeming itself fully advised in the premises, it is now hereby ORDERED that the Joint Motion to Remand is now GRANTED.  This matter shall be remanded to King County Superior Court for further proceedings.

IT IS SO ORDERED.

DATED this 20th day of February, 2026.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION TO REMAND - 1

2:26-cv-00213-RSL

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

Presented by:

KLINEDINST PC


 /s/ Gregor A. Hensrude
Gregor A. Hensrude, WSBA #45918
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400
ghensrude@klinedinstlaw.com

Attorneys for Plaintiff US Bank, as
Trustee of GS Mortgage-Backed
Securities Trust 2023-RPLI


RATHJE WOODWARD, LLC                     SUMMIT LAW GROUP, PLLC


s/ *Christopher M. Miller,*              /s/ *J. Chad Mitchell,*
with permission per email               with permission per email
Christopher M. Miller, PHV              J. Chad Mitchell, WSBA #39689
Timothy D. Elliott, PHV                 315 Fifth Avenue S., Suite 1000
300 E. Roosevelt Road, Suite 220        Seattle, WA 98104
Wheaton, IL 60187                       chadm@summitlaw.com
cmiller@rathjelaw.com
telliott@rathjelaw.com                  Attorneys for Defendant Mortgage
                                        Information Services, Inc.
Attorneys for Defendant Mortgage
Information Services, Inc.

ORDER GRANTING JOINT MOTION TO REMAND - 2

KLINEDINST PC
1325 Fourth Avenue, Suite 1335
Seattle, Washington 98101
(206) 672-4400

2:26-cv-00213-RSL